**Manuel Raul Reyo Pena Garcia MONTERO, Petitioner—Appellant,**

v.

**George M.W. BUSH, UnPresident, Respondent—Appellee.**

No. 03–7812.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Manuel Raul Montero, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Manuel Raul Montero, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Montero v. Bush,* No. CA–03–2928–WDQ (D. Md. filed Oct. 27, 2003 & entered Oct. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED*